%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Eastern District

Elizabeth Lynne Hutchinson,

v.

Phenix City Board of Education

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv700

TO: (Name and address of Defendant)  Phenix City Board of Education
1212 Ninth Avenue
PO Box 460
Phenix City, AL 36868

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rocco Calamusa, Jr.

LAW OFFICES
WIGGINS ♦ CHILDS ♦ QUINN ♦ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                8/8/06

**CLERK**                                       **DATE**

William C. R_____

(By) DEPUTY CLERK

**SCANNED**
WP 8/8/06