AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__
Eastern District

Elizabeth Lynne Hutchinson,
  V.
Phenix City Board of Education

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06cv700

TO: (Name and address of Defendant) Phenix City Board of Education
1212 Ninth Avenue
PO Box 460
Phenix City, AL 36868

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rocco Calamusa, Jr.

LAW OFFICES
WIGGINS ♦ CHILDS ♦ QUINN ♦ PANTAZIS
A PROFESSIONAL CORPORATION
THE KRESS BUILDING
THREE HUNDRED ONE - NINETEENTH STREET NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                8/8/06

CLERK                                             DATE

*William C. R...*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8-10-06 |
| NAME OF SERVER (PRINT) Robert Sisson | TITLE Process server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Judy Vann, 1212 Ninth Av: Phenix City Al,

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-10-06
              Date

Signature of Server

3720 4th Av. South
B'ham AL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.