**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

August 22, 2006

## NOTICE OF REASSIGNMENT

RE:   Elizabeth Lynne Hutchinson v. Phenix City Board of Education
      Civil Action No. 3:06cv00700-VPM

The above-styled case has been reassigned to District Judge W. Harold Albritton.

Please note that the case number is now 3:06cv00700-WHA. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk