IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)

| | | |
|---|---|---|
| ELIZABETH LYNNE HUTCHINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | | 3:06-cv-00700-WHA-VPM |
| THE PHENIX CITY BOARD OF EDUCATION | ) ) | |
| | ) | |
| Defendant. | ) | |

**FIRST AMENDED ANSWER AND DEFENSES OF DEFENDANT
PHENIX CITY BOARD OF EDUCATION**

Comes now the Defendant, Phenix City Board of Education, and amends its Answer and Defenses previously filed on August 28, 2006, Document #5-1, to correct errors contained in the original. The corrections are as follows.

2. The answer to paragraph number 2 is changed to **Denied.**

The following affirmative defenses are added.

FOURTEENTH DEFENSE

The alleged unlawful conduct occurred over 180 days before the filing of the

charge of discrimination and retaliation by the Plaintiff with the EEOC.

FIFTEENTH DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitation.

SIXTEENTH DEFENSE

Defendant took immediate and effective remedial action upon being notified by

Plaintiff of the alleged discrimination.

This the 30th day of August, 2006.

                                              Smith & Smith, P.C.
                                              /s/s Sydney S. Smith
                                              1503 Broad Street
                                              Phenix City, AL  36867

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing pleading upon counsel for Plaintiff by electronic filing.

Rocco Calamusa, Jr., Esq.
Benjamin J. De Gweek, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

This the 30th day of August, 2006.

                                              /s/Sydney S. Smith