IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | CV-06-00700-WHA |
| ) | JURY DEMAND |
| PHENIX CITY BOARD OF EDUCATION,) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO EXTEND RULE 26(f) ORDER DEADLINE

Comes Now, the plaintiff and respectfully requests that this Court grant her a three-day extension to comply with this Court's August 28, 2006 Rule 26(f) Order. As grounds for said motion, plaintiff states the following:

1. Due to trial preparation commitments and briefing deadlines in other cases plaintiff's counsel has been unable to conduct the Rule 26(f) meeting and finalize a Report of Parties Planning Meeting. At the present time plaintiff's counsel is unable to reach defendant's counsel.

2. This three day extension will not prejudice either party and will allow the parties to conduct the necessary Rule 26(f) conference and file their report with the Court.

3. If possible, the parties will submit the report sooner than the three-day extension.

Respectfully Submitted,

/s/Rocco Calamusa, Jr.
Rocco Calamusa, Jr.
Benjamin J. De Gweck
Counsel for the Plaintiff

## MOTION GRANTED

SO ORDERED
THIS 12th DAY OF Sept., 2006

UNITED STATES DISTRICT JUDGE