IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | CV-06-cv-00700-WHA |
| ) | JURY DEMAND |
| PHENIX CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

**REPORT OF PARTIES PLANNING MEETING**

Comes Now, the parties in the above styled action and submits this Report of the Parties Planning Meeting:

1. Pursuant to Fed.R.Civ.P. 26(f) and this Court's 26(f) Order, a telephonic conference was held on September 13, 2006 and was attended by:

    Benjamin J. DeGweck for the plaintiff, and

    Sydney S. Smith for the defendant.

2. **Pre-Discovery Disclosures**.

    The parties will exchange the information required by Fed. R.Civ. P. 26(a)(1) no later than 30 days after the 26(f) conference. Supplementation of 26(a) disclosures is to be made by March 1, 2007.

3. **Discovery Plan**.

    (a) Discovery will be needed on the following subjects:

1

           All of plaintiff's claims and all of defendant's defenses.

(b)    All discovery will be commenced in time to be completed by April 1, 2007.

(c)    A maximum of 25 interrogatories by each party to any other party.

(d)    A maximum of 25 requests for admission by each party to any other party.

(e)    A maximum of 25 requests for production by each party to any other party.

(f)    Maximum of 10 depositions by the plaintiff and 10 depositions by the defendant. All depositions will be limited to 7 hours, unless extended by agreement of the parties.

4.    **Expert Reports**

Reports from retained experts under 26(a)(2) due:
from plaintiff    February 1, 2007
from defendant    March 1, 2007

5.    **Pretrial Conference**

The parties request a Pretrial Conference with the Court on **July 16, 2007.**

6.    **Adding Parties and Amendments to the Pleading**

The plaintiff and defendant should be allowed until **December 1, 2006** to add additional parties and until **January 1, 2007** to amend the pleadings.

7.    **Dispostive Motions**

All potentially dispositive motions shall be filed by **April 17, 2007**.

8.    **Prospects for Settlement**

Settlement cannot be evaluated prior to the completion of some discovery in this case.

9.  **Final Witness and Exhibit lists**

    Final Witness and Exhibit Lists under Rule 26(a)(3) should be due from the parties by **July 2, 2007**. The parties shall have **10 days** after service of witness and exhibit lists to serve objections under Rule 26(a)(3).

10. **Trial Date**

    This case should be ready for trial by **August 20, 2007** and at this time is expected to take 2-3 days.

                                        Respectfully Submitted,


                                        /s/Benjamin J. DeGweck
                                        Rocco Calamusa, Jr.
                                        Benjamin J. De Gweck
                                        Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

                                        /s/Sydney S. Smith
                                        Counsel for the Defendant


OF COUNSEL
SMITH & SMITH, PC
1503 Broad Street
Phenix City, AL 36867
334/298-2679