IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | CV-06-00700-WHA |
| ) | JURY DEMAND |
| PHENIX CITY BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Comes Now, the plaintiff and respectfully requests that this Court grant her Motion to Amend the Complaint.. As grounds for said motion, plaintiff states the following:

1. This Court's Uniform Scheduling Order provides that "Any motions to add parties shall be filed **on or before December 1, 2006** and to amend the pleadings otherwise on or before **January 1, 2007**." Plaintiff's Motion is filed well within the limits for adding parties and amending the complaint as set forth by the Court.

2. Both the claims and parties added in plaintiff's Amended Complaint deal directly with the allegations raised in the initial Complaint in this case. Fed.R.Civ.P. 15(a) provides that amendments "shall freely be given when justice so requires." Fed.R.Civ.P. 15(a)(2006). "There must be a substantial reason to deny a motion to amend." *Laurie v. Alabama Court of Criminal Appeals*, 256 F.3d 1266, 1274 (11th Cir. 2001).

3. Plaintiff has not been dilatory in seeking to amend her Complaint. Discovery in this case has just begun. Initial disclosures are not due to be exchanged until this Friday, October 13, 2006.

1

**MOTION GRANTED**

SO ORDERED
THIS __12th__ DAY OF __October__, 20_06_
_____
UNITED STATES DISTRICT JUDGE