# United States District Court

Middle _____ DISTRICT OF _____ Alabama

Elizabeth Lynne Hutchinson,

V.

Phenix City Board of Education,
et al.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV-06-00700-WHA

TO: (Name and address of defendant)

Larry Dichiara, Superintendent
Phenix City Board of Education
1212 Ninth Avenue
P.O. Box 460
Phenix City, AL 36868-0460

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ben Debruct

Wiggins Childs Quinn & Pantazis
301 19th Street North
Birmingham, Al 35203

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    Oct. 13, 06
CLERK                                               DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10-18-06 |
| NAME OF SERVER (PRINT) Robert Sissov | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Marie Lane, Phenix City Board of Education, 1212 Ninth Av. Phenix City AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-18-06
            Date

Signature of Server
3730. 4th Av. S.
B'ham AL.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.