IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ELIZABETH LYNN HUTCHINSON,          )
                                    )
                Plaintiff,          )
                                    )
vs.                                 )          CIVIL ACTION NO. 3:06cv700-WHA
                                    )
PHENIX CITY BOARD OF EDUCATION,     )
et al.,                             )
                                    )
                Defendants.         )


## ORDER

Upon consideration of the Motion to Withdraw (Doc. #20), filed by Benjamin J.

DeGweck on March 2, 2007, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and Mr. DeGweck is allowed to withdraw as

attorney of record for the Plaintiff.  The Plaintiff will continue to be represented by Rocco

Calamusa, Jr.

DONE this 5th day of March, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE