IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO: |
| vs. ) | CV-06-00700-WHA |
| ) | JURY DEMAND |
| ) | |
| PHENIX CITY BOARD OF EDUCATION,) | |
| LARRY E. DICHIARA, officially as ) | |
| as Superintendent of the Phenix City Schools) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW,** Joshua D. Wilson of the law firm of Wiggins, Childs, Quinn & Pantazis, LLC, and requests this Honorable Court to enter an appearance as attorney of record on behalf of Plaintiff in the above-styled action.

                RESPECTFULLY SUBMITTED,

                /s/ Joshua D. Wilson
                Joshua D. Wilson
                Rocco Calamusa, Jr.
                Counsel for the Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

## CERTIFICATE OF SERVICE

I hereby certify that on March 6th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

      /s/ Joshua D. Wilson
      Of Counsel