IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO: |
| vs. | ) | CV-06-00700-WHA |
| | ) | JURY DEMAND |
| | ) | |
| PHENIX CITY BOARD OF EDUCATION, | ) | **UNOPPOSED** |
| LARRY E. DICHIARA, officially as | ) | |
| as Superintendent of the Phenix City Schools, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO AMEND UNIFORM SCHEDULING ORDER**

COMES NOW, Plaintiff in this action and move this Court to amend Section 7 of the Uniform Scheduling Order regarding the discovery deadline. (Doc. # 11). Plaintiff requests that the deadline be extended 30 days from the current deadline of April 1, 2007 until May 1, 2007. As grounds Plaintiff states as follows:

1.  Pursuant to the Uniform Scheduling Order, discovery should be completed on or before April 1, 2007. However, because Benjamin DeGweck, one of Plaintiff's attorneys, is no longer associated with the Wiggins, Childs, Quinn & Pantazis, LLC law firm, attorney Joshua D. Wilson has filed a notice of appearance in this case to represent Plaintiff. (Doc. # 22). Because attorney Wilson has scheduling conflicts throughout the month of March the parties are unable to schedule depositions (that have already been Noticed) until sometime in April.

2. Counsel for Plaintiff has spoken with Sydney S. Smith, the attorney for Defendants. Attorney Smith is agreeable to this Motion and is willing to work together regarding the scheduling of the depositions. In fact, the parties have already tentatively set a date for these depositions on April 16-17, 2007.

3. Neither party anticipates that extending this discovery deadline will cause the pretrial hearing of July 23, 2007 or the trial date of August 20, 2007 to be extended. However, the dispositive motion deadline of April 24, 2007 would also need to be extended until May 24, 2007. (See Doc. # 11, Section 2).

4. No party will be prejudiced by this Motion.

**WHEREFORE,** premises considered, Plaintiff moves this Court, Unopposed by Defendants, to amend Section 7 of the Uniform Scheduling Order to extend the Discovery Deadline from April 1, 2007 until May 1, 2007 and the Dispositive Motion Deadline from April 24, 2007 until May 24, 2007.

                                        RESPECTFULLY SUBMITTED,

                                        /s/ Joshua D. Wilson
                                        Joshua D. Wilson
                                        Rocco Calamusa, Jr.
                                        Counsel for the Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sidney S. Smith  
Smith & Smith, PC  
1503 Broad Street  
Phenix City, AL 36867

                                /s/ Joshua D. Wilson  
                                Of Counsel