IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Unopposed Motion to Amend Uniform Scheduling Order (Doc. #23), the motion is GRANTED, and it is hereby ORDERED as follows:

The Uniform Scheduling Order entered in this case on September 14, 2006 (Doc. #11) is AMENDED to extend the deadline for discovery from April 1, 2007 to May 1, 2007, and the deadline for filing dispositive motions is extended from April 24, 2007 to May 24, 2007.

The parties are advised that this extension of time for filing dispositive motions will very likely result in any such motion not being decided in advance of the pretrial hearing.

DONE this 7th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE