**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-700 |
| | ) |
| PHENIX CITY BOARD OF EDUCATION | ) |
| AND LARRY E. DiCHIARA | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE**
**DISPOSITIVE MOTIONS**

Come now the undersigned counsel for Defendants Phenix City Board of Education and Larry E. DiChiara and respectfully request that the Court grant an extension of time of 14 days from May 24, 2007 (the current due date) in which to file dispositive motions on behalf of these Defendants and for Plaintiff, if Plaintiff needs additional time. The granting of this request would extend the time of filing until Thursday, June 7, 2007.

The reason for this request is the failure of the undersigned counsel to allocate sufficient time to properly prepare the Brief in Support of such dispositive motions. Should the motions and accompanying Brief in Support be appropriate for filing prior to June 7, 2007, the undersigned counsel will file them promptly.

This the 18th day of May, 2007.

Smith & Smith, P.C.

/s/ Sydney S. Smith
1503 Broad Street
Phenix City, AL  36867
Attorney for Defendants
Phenix City Board of Education and
Larry E. DiChiara
334-298-2679
ASB-4248-T82S

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have served a copy of the foregoing pleading upon counsel for Plaintiff by filing same with the Court by E-File.

Rocco Calamusa, Jr., Esq.
Joshua D. Wilson, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

This the 18th day of May, 2007.

/s/ Sydney S. Smith

C-06-042ReqExtDisMot051807