IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. CV-06-00700-WHA |
| ) | |
| PHENIX CITY BOARD OF EDUCATION, et al ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Come now the Defendants, Phenix City Board of Education and Larry E. DiChiara, and Pursuant to Rule 56 of the Federal Rules of Civil Procedure, move the Court to enter a summary judgment in these Defendants favor dismissing the action on the ground that there are no genuine issues as to any material fact and that these Defendants are entitled to judgment as a matter of law.

This Motion is based upon the pleadings; the employment contracts of Plaintiff; the application for employment executed by Plaintiff; and excerpts from the depositions of Elizabeth Lynne Hutchinson, Brenda Densel, Paula Pritchett, Penny Passmore, Lori White and Larry E. DiChiara. Those documents are attached as exhibits to Defendants' Brief in Support of Motion for Summary Judgment.

This 7th day of June, 2007.

                                 SMITH & SMITH
                                 A PROFESSIONAL CORPORATION

                                 /s/Sydney S. Smith
                                 Attorney for the Defendants
                                 Phenix City Board of Education and Larry E. DiChiara
                                 1503 Broad Street
                                 Phenix City, Alabama  36867
                                 (334) 298-2679
                                 SMI 078
                                 ASB-4248-T82S

## CERTIFICATE OF SERVICE

I hereby certify that I have served the Motion for Summary Judgment upon Plaintiff's counsel, by electronic filing and by email on this 7th day of June, 2007.

Joshua D. Wilson, Esq.
Rocco Calamusa, Jr., Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com
rcalamusa@wcqp.com

/s/ Sydney S. Smith