IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Defendants' Motions for Summary Judgment (Docs. #29 and 30), filed on June 7, 2007, will be deemed submitted to this Court on July 5, 2007, without oral argument. If any party desires oral argument, such party should so notify the Court and opposing counsel by July 5, 2007. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in opposition to said motions shall be filed on or before June 28, 2007.

The Defendants shall have until July 5, 2007, to file any reply they wish to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 7th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE