# PHENIX CITY BOARD OF EDUCATION

**1212 NINTH AVENUE**
**POST OFFICE BOX 460**
**PHENIX CITY, ALABAMA 36867**
**(334) 298-0534**

*APPLICATION FOR CLASSIFIED SERVICES*

| This Application will not be considered until Education Level is verified and the Reference Forms are received. | | The Phenix City Board of Education is an Equal Opportunity Agency. Discrimination on the basis of race, sex, ethnic origin, creed, or physical disability is prohibited. |
| --- | --- | --- |

In your handwriting, complete all blanks or indicate N / A, not applicable. Omit any question you find objectionable. This application will be kept in our active file for one year from the date application is submitted and will receive continuous consideration when vacancies are being filled. It will have consideration for a second year only if a letter is on file requesting further consideration. *(Please let us know when you are no longer available).*

## PERSONAL INFORMATION

Social Security Number: 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

Date Application Submitted: 7-2-03

Name: Elizabeth _(First)_ Lynne _(Middle)_ Hutchison _(Last)_ (Hutchison _(Maiden)_ )

Permanent Address: 1614 28th Ave. _(Street)_ Phenix City _(City)_ Al. _(State)_ 36870 _(Zip)_

Telephone: Work # 291-9773   Are you a U.S. Citizen? Yes

## APPLICATION INFORMATION

Are you presently employed? Yes ✓  No _____

Are you under contract? NO   When will you be available? Any time   Expiration Date 7-2-04

Name and address of present employer: K Mart Store 4760 2003 US HWY 280 Bypass Phenix City, Al. 36867

Why do you desire to change from your present position? If anyway would like to work both places. My hours at K Mart are not many, I am only part time.

How Long do you expect to reside in Phenix City? For ever Own my home   Columbus? _____ Other? _____

**Check Divisions For Which You Wish To Be Considered:** *If more than one is checked, number them in order of preference.*

| | |
| --- | --- |
| _____ Accounting – Finance | _____ Secretarial |
| _____ Instructional Aide | _____ Maintenance – Building – Grounds |
| _____ Clerical | _____ Bus Driver – Transportation |
| _____ Custodial | _____ Student Trainee |
| ✓ Food Service | _____ Other – Please Specify _____ |

## FOR BUS DRIVER (Transportation) APPLICANTS ONLY

*DRIVING EXPERIENCE:*

Do you have any restrictions on your driver's license? _____ If so, what? _____

Has your license been suspended or revoked? _____ If so, why? _____ When? _____

List citations received for moving violations in last five (5) years:

| TYPE OF VIOLATION | DATE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

Do you hold a valid driver's license? _____ AL _____ GA – Other _____

**EXHIBIT A**

EMPLOYMENT CONTRACT
PHENIX CITY BOARD OF EDUCATION

STATE OF ALABAMA
RUSSELL COUNTY:

    This contract, entered into in triplicate, between the Phenix City Board of Education, hereinafter referred to as Employer, and **Elizabeth L. Hutchison**, hereinafter referred to as Employee, for employment during the school term of 2002-03.

    In consideration of the mutual covenants and stipulations set out herein, Employer and Employee agree that:

    1. The term of employment will be for **182** days commencing **July 30, 2003** and ending **May 19, 2004**. In the event of conflict, said dates are to be governed by the school calendar, and any amendments thereto, approved by the Phenix City Board of Education.

    2. The salary shall be based on the current salary schedule adopted by the Phenix City Board of Education and shall be paid in **13** monthly installments.

    3. The annual salary shall be decreased on a pro rata basis for the number of days the Employee does not work during the contract period because of employment subsequent to commencement of the school year; resignation; termination in compliance with the laws of the State of Alabama; or employee's absences not covered by accumulated leave.

    4. The employee agrees to accept the position of **Child Nutrition Program Worker** which is categorized as **Classified**. Employee certifies that he/she possesses the education and skills required for said position and is legally qualified and properly certified for said position. (If position requires certification, the certificate of such certification must be on file in the office of the Superintendent no later than the second pay period to entitle Employee to payment.) Employee further agrees to bound by and comply with the applicable federal and state laws and the rules, regulations and policies of the Phenix City Board of Education.

    5. The employee accepts the employment location of **South Girard School** and the Employer reserves the right to transfer Employee at any time to any other location under the jurisdiction of Employer.

    6. This contract becomes effective upon Employee's completion of all requirements for job classification; signatures of the parties hereto; and approval of the Phenix City Board of Education. If Employee's employment is contingent upon the receipt by the Employer of federal funds, the effectiveness of their contract is further contingent upon such receipt.

    7. It is understood and agreed that Employee agrees to comply with all duties designated by the Principal of Employee's employment location and the Superintendent. Employee shall faithfully and fully perform said duties according to the standards of conduct and performance established for said position. Employee's failure to so perform will constitute a breach of this contract and cause for dismissal, and employment will be terminated pursuant to the laws of the State of Alabama.

    8. This contract is governed by the laws of the State of Alabama, and relevant state and federal laws in effect at execution and for the duration of this contract are incorporated herein and made part hereof.

PHENIX CITY BOARD OF EDUCATION

BY _____
          Superintendent

July 24, 2003
Date

_____
          Employee

8 - 1 - 03
Date

EXHIBIT B

# PHENIX CITY BOARD OF EDUCATION
## FULL TIME SCHOOL CONTRACT

### FOR THE

### SCHOLASTIC YEAR 2004 – 2005

STATE OF ALABAMA
RUSSELL COUNTY

THIS CONTRACT ENTERED INTO IN DUPLICATE BETWEEN THE PHENIX CITY BOARD
OF EDUCATION, HEREINAFTER REFERRED TO AS EMPLOYER, AND ELIZABETH L HUTCHISON,
HERINAFTER REFERRED TO AS EMPLOYEE.

WITNESSETH:

. THAT THE EMPLOYER HEREBY CONTRACTS WITH THE EMPLOYEE, AS CNP WORKER
IN AND FOR SAID CITY FOR A MINIMUM TERM OF 182 DAYS FOR THE SCHOLASTIC
YEAR 2004 – 2005 AT AN ANNUAL SALARY OF $11,075.00.

. THAT THE EMPLOYEE CERTIFIES THAT SHE POSSESSES THE EDUCATION AND SKILLS
REQUIRED FOR SAID POSITION AND IS LEGALLY QUALIFIED AND PROPERLY CERTIFIED
FOR SAID POSITION.  (IF POSITION REQUIRES CERTIFICATION, THE CERTIFICATE OF
SUCH CERTIFICATION MUST BE ON FILE IN THE OFFICE OF THE SUPERINTENDENT NO
LATER THAN THE SECOND PAY PERIOD TO ENTITLE EMPLOYEE TO PAYMENT.)  EMPLOYEE
FURTHER AGREES TO BE BOUND BY AND COMPLY WITH THE APPLICABLE FEDERAL AND
STATE LAWS AND THE RULES, REGULATIONS AND POLICIES OF THE PHENIX CITY BOARD
OF EDUCATION.

THE ANNUAL SALARY SHALL BE DECREASED ON A PRO RATA BASIS FOR THE NUMBER OF
DAYS THE EMPLOYEE DOES NOT WORK DURING THE CONTRACT PERIOD BECAUSE OF
EMPLOYMENT SUBSEQUENT TO COMMENCEMENT OF THE SCHOOL YEAR; RESIGNATION;
TERMINATION IN COMPLIANCE WITH THE LAWS OF THE STATE OF ALABAMA; OR
EMPLOYEE'S ABSENCES NOT COVERED BY ACCUMULATED LEAVE.

THIS CONTRACT BECOMES EFFECTIVE UPON EMPLOYEE'S COMPLETING ALL
REQUIREMENTS FOR JOB CLASSIFICATION; SIGNATURES OF THE PARTIES HERETO; AND
THE APPROVAL OF THE PHENIX CITY BOARD OF EDUCATION.  IF EMPLOYMENT OF
EMPLOYEE IS CONTINGENT UPON RECEIPT BY EMPLOYER OF FEDERAL FUNDS, THE
EFFECTIVENESS OF THIS CONTRACT IS FURTHER CONTINGENT UPON SUCH RECEIPT.

. IT IS UNDERSTOOD AND AGREED THAT EMPLOYEE AGREES TO COMPLY WITH ALL DUTIES
DESIGNATED BY THE PRINCIPAL OF EMPLOYEE'S LOCATION AND THE SUPERINTENDENT.
EMPLOYEE SHALL FAITHFULLY AND FULLY PERFORM SAID DUTIES ACCORDING TO THE
STANDARDS OF CONDUCT AND PERFORMANCE ESTABLISHED FOR SAID POSITION.
EMPLOYEE'S FAILURE TO SO PERFORM WILL CONSTITUTE A BREACH OF THIS CONTRACT
AND CAUSE FOR DISMISSAL, AND EMPLOYMENT WILL BE TERMINATED PURSUANT TO THE
LAWS OF THE STATE OF ALABAMA.

THIS CONTRACT IS GOVERNED BY THE LAWS OF THE STATE OF ALABAMA, AND RELEVANT
FEDERAL LAWS IN EFFECT AT EXECUTION AND FOR THE DURATION OF THIS
CONTRACT ARE INCORPORATED HEREIN AND MADE A PART HEREOF.

APPROVED BY DIRECTION OF THE PHENIX CITY BOARD OF EDUCATION

DATE _5/14/04_

BY _____
SUPERINTENDENT OF SCHOOLS

DATE _5/17/04_

_Elizabeth L Hutchison_
EMPLOYEE

**EXHIBIT   C**

## EQUAL OPPORTUNITY EMPLOYMENT

The Board of Education declares that no person in the school district shall, on the basis of age, race, color, creed, handicap, religion, national origin, sex, or similar personal distinction, be excluded from participation in, be denied the benefits of, or be subject to discrimination in regard to employment, retention, promotion, transfer, or dismissal in any educational program or activity under the jurisdiction of the Board.

The Superintendent and/or his representative shall investigate all complaints which may be brought against any individual school in the school district in regard to any alleged discriminatory action for appropriate treatment by the Board.

Ref:    U.S. Const. Amend. XIV, 1; 42 U.S. C. 20003-1 to 1-17; 20 U.S.C. 1681 et. seq; 29 U.S.C. 794; 29 U.S.C. 621 et. Seq.

Phenix City                                          File: GAAA / Page 1 of 1

**EXHIBIT   D**

1  IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF ALABAMA
2            EASTERN DIVISION

3

4  ELIZABETH LYNNE
   HUTCHINSON,
5  Plaintiff,

6  vs.                          CIVIL ACTION NO.
                                CV-06-00700-WHA
7  PHENIX CITY BOARD
   OF EDUCATION,
8  LARRY E.
   DICHIARA,
9  officially as
   Superintendent of
10 Phenic City
   Schools,
11 Defendants.

12      *      *      *      *      *      *

13            DEPOSITION OF

14   ELIZABETH LYNNE HUTCHINSON,

15 taken pursuant to notice and

16 stipulation on behalf of the

17 Defendants, in the Law Offices of

18 Smith & Smith, Phenix City, Alabama,

19 before Mishan Williamson, Certified

20 Shorthand Reporter and Notary Public

21 in and for the State of Alabama at

22 Large, on March 8, 2007, commencing at

23 approximately 9:00 a.m.

1      Betty likes to run her mouth, always

2      criticizing the white people; that all

3      white people are nothing but white

4      trailer trash.

5  Q.  Uh-huh.

6  A.  And I presume that she had to be

7      talking about me because I was the

8      only white person sitting at the

9      table.

10 Q.  Now, that first year Judy Lloyd worked

11     there.

12 A.  The first year Judy Lloyd was there.

13     If Betty was not picking on me, she

14     was picking on Judy.

15 Q.  Did Betty have control over your work

16     assignments?

17              MR. DE GWECK:   Object to the

18                   form.

19 Q.  Well, let me rephrase that.  Did Betty

20     Cliatt assign your duties to you?

21 A.  No, ma'am.  But, now, she told me what

22     I was to do and not to do.

23 Q.  And did you report that to anyone?

```
1   A.    Yes, ma'am.

2   Q.    And who did you report that to?

3   A.    I spoke with both Brenda and Paula.  I

4         made sure that I made a point that I

5         spoke to them every morning that I

6         went in to work.

7   Q.    You spoke to Brenda and Paula every

8         morning?

9   A.    Yes, ma'am; both of them were in the

10        office.

11  Q.    Did you say that -- every morning that

12        Betty Cliatt was --

13  A.    I would come in to clock --

14              MR. DE GWECK:  Let her finish

15                   her question.

16  Q.    What would you say to them every

17        morning when you came in?

18  A.    All right.  When I got to the school,

19        we had to go sign in.

20  Q.    Uh-huh.

21  A.    That way they knew that we were there

22        or not.  I would make a comment

23        something like, Oh, I dread today;
```

EXHIBIT  E

1   A.    Like I said, Beverly would come out

2         and work at the table with us.  She'd

3         help us prepare the food, get things

4         ready to serve the children.  And

5         Paula and Brenda would mainly stay in

6         the office.

7   Q.    Did you say to Brenda Densel that

8         Betty treats me differently because

9         I'm white?

10                  MR. DE GWECK:  Object to the

11                      form.

12  A.    I can't recall.

13  Q.    What did you say, specifically, to

14        Brenda Densel then about Betty's

15        conduct?

16  A.    I had spoke to Brenda about Betty's

17        comments, about all white people are

18        trailer trash.

19  Q.    Right.

20  A.    And that how she just -- any little

21        thing, if I walked by her, then I'd

22        have to say excuse me or whatever.

23        I'd have to wait until she said it was