```
 1        the managers, Walker and McKenzie,
 2        would come out and sit and eat
 3        breakfast with us.  So she'd always
 4        stop Betty from her comments.
 5   Q.   Was Betty the only individual who made
 6        comments to you about white people?
 7   A.   Yes, ma'am.
 8   Q.   Did any of the other employees ever
 9        make comments to you about white
10        people?
11   A.   No, ma'am.
12   Q.   The first year?
13   A.   No, ma'am.  It was just Betty only.
14   Q.   The second year, too?
15   A.   Yes, ma'am.
16   Q.   I understand that Judy transferred at
17        the end of the first year; is that
18        correct?
19   A.   She transferred -- they transferred --
20        I don't know.  All I know is the
21        second year Judy was not there, and
22        that they had -- Brenda had told me
23        she was transferred to another school.
```

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CASE NUMBER: CV-06-00700-WHA

ELIZABETH LYNNE HUTCHISON,

    Plaintiff,

    vs.

PHENIX CITY BOARD OF EDUCATION, ET AL.,

    Defendants.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Larry DiChiara may be taken before Sara Mahler, CSR, at the offices of Raymond Jackson, at 2505 Crawford Road, Phenix City, Alabama 36867, on the 11th day of April, 2007.

DEPOSITION OF LARRY DICHIARA

EXHIBIT F

1  taped?
2      A.   Absolutely not.
3      Q.   Did he show you the recorder?
4      A.   He did not.
5      Q.   Let me back up.  When is the
6  first time you can recall meeting
7  Ms. Hutchison?
8      A.   It was on that day.
9      Q.   At that meeting?
10     A.   At that meeting.
11     Q.   Okay.
12     A.   I think it was around June
13 1st, something like that.
14     Q.   Of '05; right?
15     A.   I think so.
16     Q.   Okay.  And school would
17 already have been dismissed?
18     A.   Approximately, a week or so.
19     Q.   Okay.  Were you aware of her
20 in any way prior to that meeting?
21     A.   Not until that meeting.
22     Q.   You didn't know she was an
23 employee of the school board or anything?

1    A.    Well, I knew that she was one
2    of the people that we had recommended for
3    nonrenewal, but I had never met her before.
4    Q.    Okay. You knew her name had
5    come up in the nonrenewal process?
6    A.    That's correct.
7    Q.    Did you have any meetings
8    discussing her during the nonrenewal
9    process?
10    A.    No. Just the list that came
11    to me from the personnel director.
12    Q.    And would that be Mr. Adams?
13    A.    That would be Mr. Adams.
14    Q.    So, you got a list from
15    Mr. Adams of people who were going to be
16    nonrenewed?
17    A.    That he's recommending.
18    Q.    Okay.
19    A.    And a list of people who he's
20    recommending for tenure, and so forth.
21    Q.    Okay. Did you do anything to
22    find out why Ms. Hutchison was being
23    nonrenewed?

1   A.    No, I did not.

2   Q.    Her name was just listed on
3   the sheet and you agreed with that?

4   A.    That's correct.

5   Q.    Okay. So, your participation
6   in regards to the decision to nonrenew
7   Ms. Hutchison was completely based on
8   Mr. Adams decision?

9   A.    Absolutely. The
10  recommendation that came from him.

11  Q.    Okay. Mr. Adams never
12  discussed with you anything about any
13  problems Ms. Hutchison had had prior to that
14  notice you received?

15  A.    Never.

16  Q.    Do you know Ms. Densel?

17  A.    I had never ever talked with
18  Ms. Densel until this school year. I mean,
19  I knew she was a manager, but just by name
20  only. I had never actually had a
21  conversation with her.

22  Q.    And she never discussed
23  anything with you about Ms. Hutchison?

```
 1        A.    Not at all.
 2        Q.    What about Ms. Passmore, do
 3  you know Ms. Passmore?
 4        A.    Yes, I do.
 5        Q.    Did she ever discuss anything
 6  with you about Ms. Hutchison?
 7        A.    Only after this meeting.
 8        Q.    Did you discuss anything with
 9  Ms. Densel about Ms. Hutchison after that
10  meeting?
11        A.    No, I have not.
12        Q.    Okay.  What about with
13  Mr. Adams?
14        A.    After this meeting, I did.
15        Q.    Okay.  After that meeting with
16  Mr. McCart and Ms. Hutchison, can you tell
17  me -- Did you have a meeting with
18  Ms. Passmore and Mr. Adams together?
19        A.    No.
20        Q.    Did you talk to them
21  separately?
22        A.    I did.
23        Q.    Okay.  On how many occasions?
```

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE MIDDLE DISTRICT OF ALABAMA
3   EASTERN DIVISION
4
5   CASE NUMBER: CV-06-00700-WHA
6   ELIZABETH LYNNE HUTCHISON,
7           Plaintiff,
8   vs.
9   PHENIX CITY BOARD OF EDUCATION, ET AL.,
10          Defendants.
11
12          S T I P U L A T I O N
13          IT IS STIPULATED AND AGREED by and
14  between the parties through their respective
15  counsel, that the deposition of Lori White
16  may be taken before Sara Mahler, CSR, at the
17  offices of Raymond Jackson, at 2505 Crawford
18  Road, Phenix City, Alabama 36867, on the
19  11th day of April, 2007.
20
21          DEPOSITION OF LORI WHITE
22
23

EXHIBIT G

```
 1      Q.      And the knowledge that you and
 2  the Board relied on to nonrenew her contract
 3  is based this Dr. DiChiara's recommendation?
 4      A.      Yes, sir.
 5      Q.      And what he testified to
 6  earlier, based on his knowledge of it, is
 7  what you also base your decision on?
 8      A.      Yes, sir.
 9      Q.      Did the Board conduct any
10  other independent investigation of
11  Ms. Hutchison?
12      A.      No, sir.
13      Q.      And then, number three there,
14  is basically asking for the same thing.  The
15  Board's reasons for terminating/nonrenewing
16  the Plaintiff.  Again, is that based on
17  Dr. DiChiara's recommendation?
18      A.      When we actually take the
19  vote, it's based on that.  And we are
20  counting on, you know, he and his personnel
21  doing the things that they need to do in
22  order to make these types of
23  recommendations.
```