Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CASE NUMBER: CV-06-00700-WHA

ELIZABETH LYNNE HUTCHISON,

    Plaintiff,

    vs.

PHENIX CITY BOARD OF EDUCATION, ET AL.,

    Defendants.



S T I P U L A T I O N

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of Brenda Densel may be taken before Sara Mahler, CSR, at the offices of Raymond Jackson, at 2505 Crawford Road, Phenix City, Alabama 36867, on the 10th day of April, 2007.

DEPOSITION OF BRENDA DENSEL

EXHIBIT H

1  satisfactory, except for one that needed
2  improvement.
3       Q.    Was she a good employee?
4       A.    Yes, sir.
5       Q.    Did you have any problems with
6  her?
7       A.    No, sir.
8       Q.    Did she always do her job?
9       A.    Yes, sir.
10      Q.    Follow the directions?
11      A.    Yes, sir.
12      Q.    I'm going to mark this as
13 Plaintiff's Exhibit 1, and just ask you if
14 you've ever seen this before?
15            (Plaintiff's Exhibit 1 was
16             marked for identification
17             purposes.)
18      A.    Yes, sir.
19      Q.    Okay. And did you bring any
20 documents with you, or anything?
21      A.    Yes. The same.
22      Q.    Oh, you brought that. You
23 received a copy of it?

```
 1        Q.    And as you stated, she was
 2   satisfactory in everything except one
 3   category?
 4        A.    Yes, sir.
 5        Q.    Which was acceptance of
 6   constructive criticism?
 7        A.    Yes, sir.
 8        Q.    Why was that -- Why did you
 9   think that she needed improvement in that
10   area?
11        A.    It was just that
12   Ms. Hutchison's behavior sometimes.
13        Q.    What do you mean by that?
14        A.    She would always come in there
15   and seem like she wanted to tell me
16   something, and then I would ask her, you
17   know, if there was a problem or if something
18   was wrong.  And she would say:  Oh, no,
19   Ms. Brenda, everything's okay.  And I would
20   say:  Are you sure?  If there's something
21   wrong, you need to tell me where we can take
22   care of it.  And this was constantly, off
23   and on, all the time.
```

1     Q.     Do you remember her having
2  problems with any of the other employees?
3     A.     No, sir.
4     Q.     Do you remember her -- You
5  don't remember her having a problem with
6  Ms. Betty Cliatt?
7     A.     No, sir.
8     Q.     What type of employee was
9  Ms. Cliatt?
10    A.     She seemed to be a very
11 slow-learning worker. Sometimes, I don't
12 think that she understood. Whenever I would
13 give her a job task to do, she was very slow
14 at completing the job task.
15    Q.     Did you ever fill out an
16 evaluation on her?
17    A.     Yes, sir.
18    Q.     Do you remember how she
19 scored?
20    A.     I don't remember.
21    Q.     Do you remember if she needed
22 improvement in some areas?
23    A.     I don't remember.

1   Q.   Okay. Have you ever heard
2   Ms. Cliatt use any language that could be
3   considered racist?
4   A.   No, sir.
5   Q.   You never heard her say
6   anything about white trailer trash, or
7   anything like that?
8   A.   No, sir.
9   Q.   What about any other
10  employees? Did you ever hear them making
11  any comments that could be considered
12  racist?
13  A.   No, sir.
14  Q.   Whether that be a white
15  employee, or a black employee?
16  A.   No, sir.
17  Q.   Was it common for employees to
18  joke around with one another?
19  A.   Yes, sir.
20  Q.   What's the date on this
21  evaluation? This evaluation was dated April
22  25th, of 2005; is that correct?
23  A.   Yes, sir.

1  Q. Okay. So, what was the reason
2  you gave for wanting to nonrenew
3  Ms. Hutchison?
4  A. Safety reasons.
5  Q. Based on Mr. McCart?
6  A. Yes, sir.
7  Q. And based on what Ms. Passmore
8  told you about Mr. McCart?
9  A. Yes, sir.
10 Q. Because you had never met him;
11 is that correct?
12 A. No, sir, I have not met him.
13 Q. Okay. Do you remember
14 anything else about that conversation about
15 the decision to not renew Ms. Hutchison?
16 A. I really don't.
17 Q. Okay. Had you ever given a
18 recommendation to nonrenew any other
19 employees?
20 A. No, sir.
21 Q. Have you since then?
22 A. No, sir.
23 Q. Do you remember if anyone else

1  in the office with you?
2      A.    We share an office, yes, sir.
3      Q.    Okay. So, that morning before
4  you go see Mr. Sparks, Ms. Passmore comes in
5  and speaks to you and Ms. Pritchett?
6      A.    Yes, sir.
7      Q.    About the incident from the
8  previous day?
9      A.    Yes, sir.
10     Q.    Okay. And so, was the
11 decision to nonrenew her made then? And
12 then, was the recommendation made then?
13     A.    Me and Penny had talked about
14 it. And I had said: Penny, I've got some
15 safety concerns about this. And I said:
16 I'm just not sure. Lynne would have been
17 coming up for tenure, and so I suggested we
18 go talk to Mr. Sparks. And we did.
19     Q.    Okay. And did you tell her
20 that you were going to recommend that she be
21 nonrenewed?
22     MS. SMITH: Object to the form
23 of the question, as to did you tell who

FREEDOM COURT REPORTING



Page 52

```
 1  that.
 2              MR. WILSON:  Okay.
 3          Q.  Did you tell Ms. Pritchett
 4  that you were going to recommend nonrenewal?
 5          A.  Well, she was in there.  I
 6  didn't have to tell her.  She was in the
 7  office.
 8          Q.  Okay.  I guess I'm wondering
 9  who -- Was it you or was it Ms. Passmore who
10  kind of -- who said we should nonrenew her
11  next year?
12          A.  That was my decision.
13          Q.  Okay.  And did Ms. Pritchett
14  give you any input?
15          A.  I don't remember.
16          Q.  What about Ms. Passmore?
17          A.  She agreed with the decision.
18          Q.  And then, when you and
19  Ms. Passmore went to Mr. Sparks, he also
20  agreed?
21          A.  Yes, sir.
22          Q.  Did Ms. Passmore say anything
23  to you about the conversations she had with
```

EXHIBIT H