1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE MIDDLE DISTRICT OF ALABAMA

3            EASTERN DIVISION

4

5    CASE NUMBER: CV-06-00700-WHA

6    ELIZABETH LYNNE HUTCHISON,

7            Plaintiff,                COPY

8            vs.

9    PHENIX CITY BOARD OF EDUCATION, ET AL.,

10           Defendants.

11

12             S T I P U L A T I O N

13           IT IS STIPULATED AND AGREED by and

14   between the parties through their respective

15   counsel, that the deposition of Paula

16   Pritchett may be taken before Sara Mahler,

17   CSR, at the offices of Raymond Jackson, at

18   2505 Crawford Road, Phenix City, Alabama

19   36867, on the 10th day of April, 2007.

20

21           DEPOSITION OF PAULA PRITCHETT

22

23

1    A.    No, sir.  No.

2    Q.    Not at all?

3    A.    I just -- No.  Not really, no.

4    Q.    Were you about to saying
5  something?

6    A.    Well, I know Lynne's
7  complained some, but it was different
8  things.  She complained not just
9  particularly to one person.  It was just
10 different things.

11   Q.    Do you know who she complained
12 to?

13   A.    She would just be out -- She
14 would just complain -- I mean, you could
15 hear her talking. You say:  Lynne, what's
16 wrong?  I'm just -- you know, mumbling under
17 her -- talking to herself more or less.  And
18 then, she'd tell Brenda some things, you
19 know.  Then, Brenda would tell her:  Lynne,
20 do you want me to go out there?  And she
21 said, no, no, no.  No, Ms. Brenda.

22   Q.    What kind of things, that
23 you're aware of?

Page 18

1    A.    Like, filling the line. She'd
2 have to pick up the slack from somebody
3 else. She would say just different things.
4 I mean, nothing that I can remember.
5 Nothing that --
6    Q.    Do you remember her ever
7 complaining about any of the other employees
8 picking on her?
9    A.    No.
10   Q.    Or giving her a hard time?
11   A.    No.
12   Q.    Have you ever heard any of the
13 employees at South Girard making any
14 comments about white trailer trash, or
15 anything like that?
16   A.    No.
17   Q.    Okay. If you'd just let me
18 finish before you --
19   A.    Oh, I'm sorry.
20   Q.    That's okay. No comments that
21 could be considered or construed racist in
22 any way? You've never heard any comments
23 like that?

EXHIBIT 1

1   A.   No.

2   Q.   Do you remember the incident
3   where Ms. Hutchison cut her hand?

4   A.   Yes.

5   Q.   And we've established, I
6   believe, that was November 9th, 2004. Tell
7   me what you remember about that incident.

8   A.   Brenda and I were in the
9   office, and Lynne come in. Her finger was
10  cut, and she said that Ms. Annie pulled --
11  snatched the Saran Wrap from her hand, and
12  Brenda looked at it and took her downtown.

13  Q.   Okay. You didn't go downtown
14  with them?

15  A.   No, sir.

16  Q.   Do you remember them coming
17  back that day?

18  A.   Yes.

19  Q.   And did she -- Do you remember
20  her finishing work that day?

21  A.   I can't remember.

22  Q.   And that was on November 9th.
23  November 10th, Ms. Densel said there was a

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE MIDDLE DISTRICT OF ALABAMA
3  EASTERN DIVISION
4
5  CASE NUMBER: CV-06-00700-WHA
6  ELIZABETH LYNNE HUTCHISON,
7       Plaintiff,
8       vs.
9  PHENIX CITY BOARD OF EDUCATION, ET AL.,
10      Defendants.
11
12      S T I P U L A T I O N
13      IT IS STIPULATED AND AGREED by and
14 between the parties through their respective
15 counsel, that the deposition of Penny
16 Passmore may be taken before Sara Mahler,
17 CSR, at the offices of Raymond Jackson, at
18 2505 Crawford Road, Phenix City, Alabama
19 36867, on the 10th day of April, 2007.
20
21      DEPOSITION OF PENNY PASSMORE
22
23



FREEDOM COURT REPORTING

Page 98

1  saying that.
2       Q.    Okay.  On the last page, page
3  nine, Mr. Adams asked:  What is her
4  complaint, sir?  Mr. McCart replies:  About
5  her treatment and abuse she's heard from the
6  other ladies over there.  They're well aware
7  of what's been going on.
8             And then the meeting pretty
9  much ends.  He says:  She hasn't indicated
10 anything like that.  He says:  I think she
11 just did, sir.  Do you remember the meeting
12 ending like that, or do you remember it
13 ending some other way?
14      A.    I remember that he stood up
15 and pulled out a tape recorder and pushed
16 something down.  That was the first I knew
17 of a tape recorder being in there.  And I
18 assumed he turned it off at that point, but
19 he was angry.
20      Q.    Do you remember any other
21 conversation that went on after that, or did
22 they walk out and leave?
23      A.    There was conversation, but I


Page 99

1  don't remember what it was.  He was upset.
2        Q.    Do you remember if
3  Ms. Hutchison was at work the next day?
4        A.    I don't know if she was at
5  work, but I believe she was -- Well, yeah,
6  she was.
7        Q.    And did you go ask her if she
8  wanted to still file a formal complaint that
9  morning?
10       A.    No, sir.  Because I wasn't
11 under the impression that she wouldn't be
12 giving us what he asked for.  I thought it
13 was forthcoming.
14       Q.    And did you discuss with her
15 anything about possibly transferring that
16 morning?
17       A.    Huh-uh.
18       Q.    Is that no?
19       A.    No, sir.
20       Q.    Were you aware at the time
21 this decision was made to nonrenew her, that
22 she was coming up on three years?
23             MS. SMITH:  Object to the form

FREEDOM COURT REPORTING

Page 101

1  remember discussing it with her.
2       Q.    Okay.
3             MR. WILSON:  Let me take a
4  little break, and try to finish up here in a
5  little bit.
6                  (Recess taken.)
7       Q.    From the information you've
8  given me, the decision to nonrenew
9  Ms. Hutchison was made the next morning,
10 based on Mr. McCart being a threat.  Is that
11 accurate?
12      A.    Yes, sir.
13      Q.    Okay.  If you'll look through
14 here, this Plaintiff's Exhibit 15, I
15 believe, it's the transcript, and tell me --
16 you said you looked at it, but take your
17 time and look at it, and tell me which
18 comments in here you found threatening or
19 loud?
20      A.    Well, it was the tone.  They
21 don't know me.  I'm not a pushover like you.
22 I stand my ground, and I'll fight tooth and
23 nail.

EXHIBIT J