IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO: |
| vs. ) | CV-06-00700-WHA |
| ) | JURY DEMAND |
| ) | |
| PHENIX CITY BOARD OF EDUCATION, ) | |
| LARRY E. DICHIARA, officially as ) | |
| as Superintendent of the Phenix City Schools ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S WITNESS LIST**

**COMES NOW**, Plaintiff Elizabeth Hutchinson and lists the following witnesses that may be used at the trial of this action:

A.  The following is a lost of witnesses that Plaintiff expects to call as a witness:

   1.  Plaintiff Elizabeth Hutchinson
       c/o Joshua D. Wilson
       WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
       The Kress Building
       301 19th Street North
       Birmingham, Alabama 35203
       (205) 314-0500

   2.  Will McCart
       1614 28TH Ave.
       Phenix City, Alabama 36867

   3.  Penny Passmore
       c/o Sidney S. Smith
       Smith & Smith, PC

        1503 Broad Street
Phenix City, AL 36867

4. Brenda Densel
c/o Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

5. Larry DiChiara
c/o Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

6. Lori White
c/o Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

7. Paula Pritchett
c/o Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

8. Reginald Sparks
c/o Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

9. Joshua Laney
c/o Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

B. The following is a list of potential witness that Plaintiff may call as witnesses if the need arises, but does not expect to:

1. All employees and/or agents of the Phenix City Board of Education that may have

      witnessed any events or occurrences relevant to the claims and defenses made.

2. All individuals necessary for rebuttal or impeachment purposes even if those names cannot be anticipated at this time.

3. Any witnesses designated by any other party.

4. Anyone named or mentioned in any deposition in this case.

5. Anyone mentioned or named in any document produced in the course of discovery in the case.

6. Any person deposed in this lawsuit.

7. Any witnesses needed to authenticate any exhibit utilized at trial.

8. Plaintiff reserves the right to call any witnesses named by Defendant.

9. Plaintiff reserves the right to use live or deposition testimony of any witness listed by any other party or who is called by any part.

10. Plaintiff reserves the right to amend her witness list.

      Respectfully submitted,

      s/ Joshua D. Wilson
      Rocco Calamusa, Jr.
      Joshua D. Wilson

      *Attorneys for the Plaintiff*

**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the ___2nd___ day of ___July___, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

                                            /s/ Joshua D. Wilson
                                            OF COUNSEL