IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO: |
| vs. | ) | CV-06-00700-WHA |
| | ) | JURY DEMAND |
| | ) | |
| PHENIX CITY BOARD OF EDUCATION, | ) | |
| LARRY E. DICHIARA, officially as | ) | |
| as Superintendent of the Phenix City Schools | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EXHIBIT LIST

**COMES NOW**, Plaintiff Elizabeth Hutchinson and lists the following exhibits that may

be used at the trial of this action:

1.    Taped Transcript of Formal Complaint to Penny Passmore and Jeff Adams

2.    Elizabeth Hutchinson Contract 2004-2005

3.    Hutchinson Performance Evaluation 2004

4.    Hutchinson Renewal 2004-2005

5.    Hutchinson Performance Evaluation 2005

6.    Hutchinson Termination Letter 2005

7.    Hutchinson Non-Renewal 2005

8.    Hutchinson Non-Renewal Letter 2005

9.    Phenix City Board of Education Sexual Harassment Policy

10.    Phenix City Board of Education Complaint Procedure Policy

11.    Newspaper Article: Re-segregation Fears for South Girard

12.    Newspaper Article: South Girard Racial Issues

13.    Defendant's EEOC Position Statement

14.    Defendant's Response to Plaintiff's Discovery Requests

15.    Plaintiff's Response to Defendant's Discovery Requests

16.    Child Nutrition Program Employee Duties

17.    Hutchinson's Nurses Note

18.    Plaintiff's EEOC Charge

19.    Taped Transcript of Meeting with Dr. DiChiara

20.    Plaintiff's November 2004 Calendar

21.    Plaintiff's January 2005 Calendar

22.    Plaintiff's April 2005 Calendar

23.    Plaintiff's May 2005 Calendar

24.    Hutchinson Cobra Notification

25.    Complaint

26.    Amended Complaint

27.    Any and all documents sent or identified in response to Plaintiff's discovery

28.    Any and all documents sent or identified in response to Defendant's discovery

29.    Any and all documents listed by Defendant and not objected to by Plaintiff.

30.    Any and all documents or exhibits needed for rebuttal.

31.    Any and all documents or exhibits needed for impeachment.

32.     Deposition excerpts in this matter.

33.     Plaintiff reserves the right to amend or supplement this exhibit list.


                                    Respectfully submitted,

                                    s/ Joshua D. Wilson_____
                                    Rocco Calamusa, Jr.
                                    Joshua D. Wilson

                                    *Attorneys for the Plaintiff*


**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this the __2nd__ day of ___July___, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867


                                        /s/ Joshua D. Wilson_____
                                        OF COUNSEL