IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON,           ) | |
| )  | |
| Plaintiffs,           ) | |
| )  | CIVIL ACTION NO: |
| vs.           ) | CV-06-00700-WHA |
| )  | JURY DEMAND |
| )  | |
| PHENIX CITY BOARD OF EDUCATION,     ) | |
| LARRY E. DICHIARA, officially as           ) | |
| as Superintendent of the Phenix City Schools ) | |
| )  | |
| )  | |
| Defendants.           ) | |

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

**COMES NOW**, Plaintiff Elizabeth Hutchinson, and lists the following additional witness who was not disclosed in Plaintiff's Witness List (Doc. #39). Plaintiff hereby incorporates by reference Plaintiff's Witness List (Doc. #39) and adds the following witness:

A.    Plaintiff expects to call the following witness at trial.

10.    Betty Cliatt
c/o Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

                              Respectfully submitted,

                              s/ Joshua D. Wilson
                              Rocco Calamusa, Jr.
                              Joshua D. Wilson
                              *Attorneys for the Plaintiff*

**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

     I do hereby certify that on this the __3rd__ day of __July__, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sidney S. Smith  
Smith & Smith, PC  
1503 Broad Street  
Phenix City, AL 36867

                                                /s/ Joshua D. Wilson  
                                                OF COUNSEL