IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO: |
| vs. ) | CV-06-00700-WHA |
| ) | JURY DEMAND |
| ) | |
| PHENIX CITY BOARD OF EDUCATION, ) | |
| LARRY E. DICHIARA, officially as ) | |
| as Superintendent of the Phenix City Schools ) | |
| ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

**COMES NOW**, Plaintiff Elizabeth Hutchinson, and lists the following additional exhibits that may be used at the trial of this action which were not included in the original Exhibit List (Doc. #40). Plaintiff hereby incorporates by reference Plaintiff's Exhibit List (Doc. #40) and adds the following additional documents:

34. Betty Cliatt Performance Evaluation April 25, 2005

35. Betty Cliatt Performance Evaluation April 25, 2003

36. Betty Cliatt Performance Evaluation March 1, 1999

37. Betty Cliatt Transfer Agreement and Recommendation May 3, 2006

38. Betty Cliatt Transfer acceptance May 3, 2006

39. Hand-written Note regarding Betty Cliatt (2 pages)

40. Hand-written Note to Mr. Taff regarding Betty Cliatt (2 pages)

41.     Hand-written Note to Betty Cliatt regarding Evaluations (2 pages)

                            Respectfully submitted,

                            <u>s/ Joshua D. Wilson</u>
                            Rocco Calamusa, Jr.
                            Joshua D. Wilson

                            *Attorneys for the Plaintiff*

**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

  I do hereby certify that on this the __3rd__ day of __July__, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

              /s/ Joshua D. Wilson
              OF COUNSEL