IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE PHENIX CITY BOARD OF )<br>EDUCATION and LARRY E. DiCHIARA )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>3:06-cv-00700-WHA |

DEFENDANTS' WITNESS LIST

    Come now the Defendants, Phenix City Board of Education and Larry E. DiChiara by and through their attorney, Sydney S. Smith, and list the following as potential witnesses in the trial of this case. Counsel for the parties had agreed on June 25, 2007 to extend the time for each party to file Witness Lists and Exhibit Lists until July 12, 2007.

1. Larry E. DiChiara
2. Reginald Sparks
3. Penny Passmore
4. Brenda Densel
5. Paula Pritchett
6. Brindlea Griffen
7. Teresa Grier
8. Patsy Luke
9. Willie Janes Ivery
10. Betty Cliatt
11. Sanderdee Hartman
12. Annie Henry
13. Michelle Chambers
14. Judith LLoyd
15. Sandy Gentry
16. Mary Carter
17. Laura Sewell
18. Dorothea McKissic
19. Donna Glover
20. Lori White
21. Josh Laney

1

22. Linda Grieson
23. Female Caucasian who worked with Plaintiff in South Girard cafeteria during Plaintiff's first year of employment and who transferred to another school the following year.
   ALL OF THE ABOVE MAY BE REACHED THROUGH THE UNDERSIGNED COUNSEL FOR DEFENDANTS

24. All witnesses needed for rebuttal or impeachment purposes.
25. Any witnesses to the events or who have knowledge of the events which are the basis of Plaintiff's claims and Defendants' defenses.
26. All persons named in any of the Interrogatories; Requests for Production; and the Answers to Interrogatories; Responses to Request for Production of either the Plaintiff or Defendants and named in any Depositions taken in this case.
27. Any witnesses required to authenticate any exhibits used at trial.
28. Defendants reserve the right to amend their witness list should individuals who possess information relevant to Plaintiff's claims and Defendants' defenses become known to Defendants.
29. Defendants' reserve the right to call any witnesses designated by Plaintiff.

    This the 3rd day of July 2007.

                Respectfully Submitted,

                /s/Sydney S. Smith
                Smith & Smith, P.C.
                Attorneys for Defendants
                Russell County Board of Education
                Larry E. DiChiara
                1503 Broad Street
                Phenix City, AL  36867
                334-298-2679
                ASB-4248-T82S

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the Motion for Summary Judgment upon Plaintiff's counsel, by electronic filing and by email on this 3rd day of July, 2007.

    Joshua D. Wilson, Esq.
    Rocco Calamusa, Jr., Esq.
    Wiggins, Childs, Quinn & Pantazis, LLC.
    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203
    jwilson@wcqp.com
    rcalamusa@wcqp.com

                                    /s/ Sydney S. Smith