IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| | 3:06-cv-00700-WHA |
| THE PHENIX CITY BOARD OF ) | |
| EDUCATION and LARRY E. DiCHIARA ) | |
| ) | |
| Defendants ) | |

DEFENDANTS' EXHIBITS LIST

    Come now the Defendants, Phenix City Board of Education and Larry E. DiChiara, by and through their attorney, Sydney S. Smith, and list the following as exhibits in the trial of this case. Counsel for the parties had agreed on June 25, 2007 to extend the time for each party to file Witness Lists and Exhibit Lists until July 12, 2007.

1. All documents and/or exhibits designated in any of the Interrogatories; Requests for Production; and the Answers to Interrogatories; Responses to Request for Production of the Plaintiff or Defendants and any documents and/or exhibits designated in any Depositions taken in this case.
2. Plaintiff's personnel files.
3. Any reports of injuries and treatments; and written reports, grievances or statements of Plaintiff complaining about her working conditions.
4. Portions of the personnel files of any employees of Defendant Board which might be relevant to Plaintiff's claims or Defendants' defenses.
5. The relevant policies, procedures and rules of Defendant Board.
6. Records relating to any prior employment of Plaintiff.
7. Records relating to any prior civil and criminal legal matters involving Plaintiff and/or her family.
8. Any other documents and/or exhibits which might be discovered prior to trial which relate in any manner to the allegations contained in Plaintiff's Complaint and the defenses of Defendant.
9. All documents and/or exhibits needed for rebuttal or impeachment purposes.
10. Defendants reserve the right to amend their exhibit list should documents and/or exhibits relevant to Plaintiff's claims and Defendants' defenses become known to Defendants.
11. Defendants' reserve the right to utilize any exhibits designated by Plaintiff.

12. Any documents and/or exhibits needed for rebuttal and/or impeachment.
13. Relevant excerpts from depositions taken in this case.
14. All Pleadings in this case.

This the 3rd day of July 2007.

Respectfully Submitted,

/s/Sydney S. Smith
Smith & Smith, P.C.
Attorneys for Defendants
Russell County Board of Education
Larry E. DiChiara
1503 Broad Street
Phenix City, AL  36867
334-298-2679
ASB-4248-T82S

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the Motion for Summary Judgment upon Plaintiff's counsel, by electronic filing and by email on this 3rd day of July, 2007.

Joshua D. Wilson, Esq.
Rocco Calamusa, Jr., Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com
rcalamusa@wcqp.com

/s/ Sydney S. Smith