IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 3:06-cv-00700-WHA |
| THE PHENIX CITY BOARD OF ) | |
| EDUCATION and LARRY E. DiCHIARA ) | |
| ) | |
| Defendants ) | |

### DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS LIST

     Come now the Defendants, Phenix City Board of Education and Larry E. DiChiara, by and through their attorney, Sydney S. Smith, and object to the following exhibits designated by Plaintiff on July 2, 2007 in Document 40.

     1. Exhibits numbered 11 and 12 and described as newspaper articles. This objection is based on the ground that these articles are based on hearsay. Rules 801, et seq., Federal Rules of Evidence.

     2. Exhibits numbered 20, 21, 22 and 23 described as Plaintiff's Calendars for the months of November 2004, and January, April and May 2005. The deposition testimony is that these are not the Plaintiff's Calendars, but are instead the Calendars of her husband, Will McCart. These calendars are based on hearsay. Rules 801, et seq., Federal Rules of Evidence.

     Defendants also object to the following exhibits designated by Plaintiff on July 3, 2007 in Document 41.

     3. Exhibits numbered 39, 40 and 41 described as handwritten notes regarding Betty Cliatt. These notes do not indicate the author of those notes. Therefore, the author cannot be called to testify about the notes' contents. These notes are hearsay. Rules 801, et seq., Federal Rules of Evidence.

This 12th day of July 2007.

>Respectfully Submitted,
>
>/s/Sydney S. Smith
>Smith & Smith, P.C.
>Attorneys for Defendants
>Russell County Board of Education
>Larry E. DiChiara
>1503 Broad Street
>Phenix City, AL  36867
>334-298-2679
>ASB-4248-T82S

## CERTIFICATE OF SERVICE

I hereby certify that I have served the Motion for Summary Judgment upon Plaintiff's counsel, by electronic filing and by email on this 12th day of July, 2007.

Joshua D. Wilson, Esq.
Rocco Calamusa, Jr., Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com
rcalamusa@wcqp.com

>/s/ Sydney S. Smith