IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO: |
| vs. ) | CV-06-00700-WHA |
| ) | JURY DEMAND |
| ) | |
| PHENIX CITY BOARD OF EDUCATION, ) | |
| LARRY E. DICHIARA, officially as ) | |
| as Superintendent of the Phenix City Schools, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S OBJECTIONS AND MOTION TO STRIKE
DEFENDANT'S WITNESS LIST**

**COMES NOW**, Plaintiff Elizabeth Hutchinson, and hereby objects and moves to strike Defendants' Witness List, including specific witnesses not previously identified, and to issue an Order directing Defendant to comply with this Court's Scheduling Order and the Federal Rules of Civil Procedure. As grounds for said motion, Plaintiff states:

**1.   The Witness List contains numerous witnesses who have not been properly identified by Defendant and who were not identified on the Defendant's Initial Disclosures.**

Plaintiff Moves to Strike all witnesses listed by Defendant that were not deposed and were not properly identified during Initial Disclosures. Although Counsel for Plaintiff was not involved in this case during the initial stages of litigation, Plaintiff is unaware of Defendant having filed initial disclosures in this case. Counsel for Plaintiff has diligently searched the files for any such record

and has been unable to locate Defendants' Initial Disclosures.[1] Plaintiff is not objecting to witnesses who were deposed in this case or were identified through other proper means.

Plaintiffs will be severely prejudiced if Defendant is allowed to produce witnesses who have never been identified and whom Plaintiff did not have the opportunity to depose or question otherwise during discovery. Fed.R.Civ.P. 26 requires that parties identify witnesses during the initial stages of litigation and to supplement this information as it is discovered during the discovery process. Specifically, the following witnesses should be struck as they were not properly identified in the Defendant's Initial Disclosures or disclosed by other means:

**Defendant's Witness List Witnesses: #6-9; 11-23.**

**2.      The Witness List does not follow the proper procedures of the Middle District of Alabama and Federal Rules of Procedure, Rule 26.**

Pursuant to this Court's Uniform Scheduling Order and the Federal Rules of Civil Procedure, parties are required to "exchange the names, address and telephone numbers of all witnesses, **separately identifying those whom the party expects to present and those whom the party may call if the need arises.**" (Doc. #11, Section 10)(Fed.R.Civ.P. 26(a)(3)(A). Rather than comply with this Order and the Federal Rules, Defendant has listed a total of 29 witnesses (23 who are identified by name or title). Defendant does not identify which witness it expects to call and which witness it may call if necessary. Plaintiff respectfully requests that Defendant identify witnesses properly, pursuant to this Court's Scheduling Order and the Federal Rules of Civil Procedure.

---

[1] Plaintiff is not stating with authority that no Initial Disclosures were ever sent, however, Plaintiff has searched the file and has been unable to locate any such document and is therefore objecting to any witnesses not disclosed through Initial Disclosures or through other means. Plaintiff also attempted to contact counsel for Defendant, but was unable to reach her and wanted to preserve this objection.

WHEREFORE, premises considered, Plaintiff respectfully moves that this Court strike the Defendant's Witness List and order Defendant to: (1) strike all witnesses who have not been previously identified (specifically witnesses not identified through initial disclosures); and (2) follow the proper procedures of the Middle District of Alabama and the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED,

/s/ Joshua D. Wilson
Joshua D. Wilson
Rocco Calamusa, Jr.
Counsel for the Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>July 12, 2007</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867


          /s/ Joshua D. Wilson
          Of Counsel