IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)


| | | |
|---|---|---|
| ELIZABETH LYNNE HUTCHINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | | 3:06-cv-00700-WHA |
| THE PHENIX CITY BOARD OF | ) | |
| EDUCATION and LARRY E. DiCHIARA | ) | |
| | ) | |
| Defendants | ) | |


<u>REVISED  DEFENDANTS' WITNESS LIST</u>

Come now the Defendants, Phenix City Board of Education and Larry E. DiChiara and submit the following revised list of witnesses in compliance with Rule 26(a)(3)(A) and (B) of the Federal Rules of Civil Procedure.

A. The following is a list of witnesses that Defendants expect to call as witnesses at the trial of this cause.

1. Larry E. DiChiara
2. Reginald Sparks
3. Penny Passmore
4. Brenda Densel
5. Paula Pritchett
6. Teresa Grier
7. Patsy Luke
8. Betty Cliatt
9. Sanderdee Hartman (Listed in Rule 26(a) disclosures as Sandra Hartman.)
10. Annie Henry
11. Michelle Chambers
12. Judith LLoyd
13. Mary Carter
14. Donna Glover
15. Lori White
16. Female Caucasian who worked with Plaintiff in South Girard cafeteria during Plaintiff's first year of employment and who transferred to another school the following year.

1

B. The following is a list of potential witnesses that Defendants may call as witnesses if the need arises.

1. Brindlea Griffin
2. Willie James Ivery
3. Sandy Gentry
4. Josh Laney
ALL OF THE ABOVE MAY BE REACHED THROUGH THE UNDERSIGNED COUNSEL FOR DEFENDANTS

5. All employees and/or agents of the Phenix City Board of Education that may have witnessed any events or occurrences relevant to the claims and defenses made.

6. All individuals necessary for rebuttal or impeachment purposes even if those names cannot be anticipated at this time.

7. Any witnesses designated by Plaintiff.

8. Anyone mentioned or named in any deposition in this case.

9. Anyone mentioned or named in any document produced in the course of discovery in the case.

10. Any person deposed in this lawsuit.

11. Any witnesses needed to authenticate any exhibit utilized at trial.

12. Defendants reserve the right to call any witnesses named by Plaintiff.

13. Defendants reserve the right to use live or deposition testimony of any witness listed by Plaintiff or who is called by Plaintiff.

14. Defendants reserve the right to amend their witness list.

This the 18th day of July 2007.

Respectfully Submitted,

/s/Sydney S. Smith
Smith & Smith, P.C.
Attorneys for Defendants
Phenix City Board of Education
Larry E. DiChiara
1503 Broad Street
Phenix City, AL  36867
334-298-2679
ASB-4248-T82S

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the Revised Defendants' Witness List upon Plaintiff's counsel, by electronic filing and by email on this 18th day of July, 2007.

> Joshua D. Wilson, Esq.
> Rocco Calamusa, Jr., Esq.
> Wiggins, Childs, Quinn & Pantazis, LLC.
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama 35203
> jwilson@wcqp.com
> rcalamusa@wcqp.com

> /s/ Sydney S. Smith