IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)

| | | |
|---|---|---|
| ELIZABETH LYNNE HUTCHINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | | 3:06-cv-00700-WHA |
| THE PHENIX CITY BOARD OF | ) | |
| EDUCATION and LARRY E. DiCHIARA | ) | |
| | ) | |
| Defendants | ) | |

REVISED DEFENDANTS' EXHIBITS LIST

Come now the Defendants, Phenix City Board of Education and Larry E. DiChiara, and submit the following revised list of exhibits in compliance with Rule 26(a)(3) (C) of the Federal Rules of Civil Procedure.

A. The following are the exhibits that Defendants expect to offer at trial.

1. Phenix City Board of Education Policy GAAA, 1 page, entitled Equal Opportunity Employment.
2. Elizabeth Hutchinson's Application for Classified Services dated July 2, 2003.
3. Elizabeth Hutchinson's Employment Contract for School Year 2003-2004.
4. Job description for Child Nutrition Program Worker, 2 pages, signed by Elizabeth Hutchinson on August 26, 2004.
5. Elizabeth Hutchinson's Employment Contract for School Year 2004-2005.
6. Elizabeth Hutchinson's classified Personnel Evaluation Form dated March 12, 2004.
7. Elizabeth Hutchinson's classified Personnel Evaluation Form dated April 25, 2005.
8. Phenix City Board of Education Policy GAE, pages 1-3 of 9 pages, entitled Complaints and Grievances.
9. Official Minutes of the Board of Education, City of Phenix City, Alabama, dated May 12, 2005, 3 pages, evidencing non-renewal of Elizabeth Hutchinson.
10. Letter of C. Jeff Adams to Elizabeth Hutchinson dated May 13, 2005, containing notice of non-renewal of contract.
11. Typed transcript of conversations among Will McCart, a secretary, Penny Passmore, Jeff Adams and Elizabeth Hutchinson on November 10, 2004.
12. Typed transcript of conversations among Will McCart, Dr.Larry DiChiara and Elizabeth Hutchinson on or about late May or early June 2005.

B. The following are exhibits that Defendants may offer at trial if the need arises.

1. Any and all documents sent or identified in response to Plaintiff's discovery.
2. Any and all documents sent or identified in response to Defendants' discovery.
3. Any and all documents listed by Plaintiff and not objected to by Defendants.
4. Any and all documents or exhibits needed for rebuttal.
5. Any and all documents or exhibits needed for impeachment.
6. Deposition excerpts in this matter.
7. Defendants reserve the right to amend or supplement this exhibit list.

This the 18th day of July 2007.

Respectfully Submitted,

/s/Sydney S. Smith
Smith & Smith, P.C.
Attorneys for Defendants
Phenix City Board of Education
Larry E. DiChiara
1503 Broad Street
Phenix City, AL  36867
334-298-2679
ASB-4248-T82S

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the Revised Defendants' Exhibits List upon Plaintiff's counsel, by electronic filing and by email on this 18th day of July, 2007.

Joshua D. Wilson, Esq.
Rocco Calamusa, Jr., Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com
rcalamusa@wcqp.com

/s/ Sydney S. Smith