IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

By agreement of the parties, and to allow an opportunity to resolve this case through mediation, it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing August 20, 2007, and RESET for the term of court commencing March 3, 2008, in Opelika, Alabama. Pretrial hearing will be held on February 1, 2008, at a time and place to be set by later order.

It is further ORDERED that the parties are given **until August 3, 2007**, to file any joint request for change of any deadlines set out in the existing Uniform Scheduling Order. In the absence of any such joint request, or further order by the court, all currently established deadlines shall remain in full force and effect, except the deadline for filing motions for summary judgment, which deadline has expired, with a Motion for Summary Judgment presently pending.

DONE this 19th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE