IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | CIVIL ACTION NO: |
| vs.    ) | CV-06-00700-WHA |
| ) | JURY DEMAND |
| ) | |
| PHENIX CITY BOARD OF EDUCATION,    ) | |
| LARRY E. DICHIARA, officially as    ) | |
| as Superintendent of the Phenix City Schools    ) | |
| ) | |
| ) | |
| Defendants.    ) | |

**PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBIT LIST**

**COMES NOW**, Plaintiff Elizabeth Hutchinson, and lists the following additional exhibits that may be used at the trial of this action which were not included in the original Exhibit List (Doc. #40). Plaintiff hereby incorporates by reference Plaintiff's Exhibit List (Doc. #40) and adds the following additional documents:

42.    Plaintiff's Back pay chart

                                                  Respectfully submitted,

                                                  s/ Joshua D. Wilson
                                                  Rocco Calamusa, Jr.
                                                  Joshua D. Wilson
                                                  *Attorneys for the Plaintiff*

**OF COUNSEL**

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I do hereby certify that on this the   20th   day of   July  , 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sidney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

                                                                     /s/ Joshua D. Wilson
                                                                     OF COUNSEL