IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-06-00700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, et al | ) |
| | ) |
| Defendants. | ) |

## CONSENT TO REVISE EXISTING DEADLINES TO CONFORM TO NEW TRIAL AND PRETRIAL DATES

Come now the Plaintiff, Elizabeth Lynne Hutchinson, and Defendants, Phenix City Board of Education and Larry E. DiChiara, and Pursuant to the Order entered on July 19, 2007, say as follows.

All parties ask that the current deadlines set forth in the existing Uniform Scheduling Order be conformed to the new trial date of March 3, 2008 and the new pretrial date of February 1, 2008. All subsequent documents required to be filed will be calculated based on the two new dates.

This 24th day of July, 2007.

Joshua D. Wilson, Esq.
Rocco Calamusa, Jr., Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
/s/ Joshua D. Wilson, Esq.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com
rcalamusa@wcqp.com

SMITH & SMITH
A PROFESSIONAL CORPORATION
/s/Sydney S. Smith

1

        Phenix City Board of Education and Larry E. DiChiara
        1503 Broad Street
        Phenix City, Alabama 36867
        (334) 298-2679
        ASB-4248-T82S

## CERTIFICATE OF SERVICE

We hereby certify that we have served the above upon all counsel, by electronic filing and by email on this 24th day of July, 2007.

        /s/Joshua D. Wilson, Esq.
        Joshua D. Wilson, Esq.
        Rocco Calamusa, Jr., Esq.
        Wiggins, Childs, Quinn & Pantazis, LLC.
        The Kress Building
        301 19th Street North
        Birmingham, Alabama 35203
        jwilson@wcqp.com
        rcalamusa@wcqp.com


        /s/ Sydney S. Smith
        SMITH & SMITH
        A PROFESSIONAL CORPORATION
        Attorney for the Defendants
        Phenix City Board of Education and Larry E. DiChiara
        1503 Broad Street
        Phenix City, Alabama 36867
        ssmith4843@aol.com