IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

All deadlines under the existing Uniform Scheduling Order have passed, with this case now being set for pretrial hearing on February 1, 2008, and trial on March 3, 2008. The parties have entered a "Consent to Revise Existing Deadlines to Conform to New Trial and Pretrial Dates," (Doc. #53), but with no new deadline dates specifically suggested. The court will leave the existing Uniform Scheduling Order unchanged, unless, **no later than November 26, 2007**, the parties submit an Amended Report of Parties Planning Meeting requesting specific new deadline dates for discovery, disclosure of witnesses and exhibits, and specification of deposition excerpts.

DONE this 9th day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE