IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| | 3:06-cv-00700-WHA |
| THE PHENIX CITY BOARD OF ) | |
| EDUCATION and LARRY E. DiCHIARA ) | |
| ) | |
| Defendants ) | |

**AMENDED REPORT PARTIES PLANNING MEETING**

Pursuant to the Order of this Court of November 9, 2007, (Doc. #55), counsel for the above parties respectfully request that the deadlines for discovery, disclosure of witnesses and exhibits and specification of deposition excerpts be extended to January 7, 2008.

This the 20th day of November 2007.

Respectfully Submitted,
/s/Sydney S. Smith
Smith & Smith, P.C.
Attorneys for Defendants
Phenix City Board of Education
Larry E. DiChiara
1503 Broad Street
Phenix City, AL  36867
334-298-2679
ASB-4248-T82S
Ssmith4843@aol.com

/s/ Joshua D. Wilson, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com

1

## **CERTIFICATE OF SERVICE**

We hereby certify that we have served the Amended Report of Parties Planning Meeting upon counsel for all parties, by electronic filing and by email on this 20th day of November, 2007.

/s/Sydney S. Smith
Smith & Smith, P.C.
Attorneys for Defendants
Phenix City Board of Education
Larry E. DiChiara
1503 Broad Street
Phenix City, AL  36867
334-298-2679
ASB-4248-T82S
Ssmith4843@aol.com


Joshua D. Wilson, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com