IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiffs, | ) |
| | )   CIVIL ACTION NO: |
| vs. | )   CV-06-00700-WHA |
| | )   JURY DEMAND |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, | ) |
| LARRY E. DICHIARA, officially as | ) |
| as Superintendent of the Phenix City Schools | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND TRIAL DATE

**COMES NOW**, the Parties by and through undersigned counsel and respectfully requests this Court to enter an Order continuing the trial date in this matter from March 3, 2008 until June 23, 2008. As grounds for said motion, the Parties state the following:

1.  Both attorneys for Plaintiff are scheduled for trial in the case of *Winnifred Blackledge Alabama Department of Mental Health & Mental Retardation, et. al. 2:06-CV-321-SRW* on February 25, 2008. Counsel for Plaintiff believes that due to the docket schedule and due to the possible and anticipated length of this trial, the *Blackledge* trial may move into conflict with the trial of the *Hutchinson* case, which is currently scheduled for March 3, 2008. (See Dkt. # 55).

2.  Counsel for Defendant also believes that scheduling the trial during the summer will be beneficial to her clients who are employed by the Phenix City Board of Education.

3. Counsel for Plaintiff has discussed this with Counsel for Defendant who is in agreement that such extension will not prejudice any party and the parties jointly file this motion. The extension will also allow the parties more time to schedule a mediation in this case.

4. June 23, 2008 is the next available civil trial term in Opelika.

5. The parties also request a new pretrial hearing date until a reasonable time prior to the new trial date from the currently scheduled date of February 1, 2008.

Wherefore premises considered, the Parties respectfully request this Court enter an Order continuing the trial date to June 23, 2008 and any other relief this Court deems just.

Respectfully submitted,

s/ Joshua D. Wilson
Rocco Calamusa, Jr.
Joshua D. Wilson
*Attorneys for the Plaintiff*

**OF COUNSEL**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

s/ Sydney S. Smith
Sydney S. Smith
Smith & Smith, PC

        1503 Broad Street
        Phenix City, AL 36867
        *Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on this the ___4th___ day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sydney S. Smith
Smith & Smith, PC
1503 Broad Street
Phenix City, AL 36867

        /s/ Joshua D. Wilson
        OF COUNSEL