IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNN HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Joint Motion to Extend Trial Date (Doc. #58), filed by the parties on December 4, 2007.

For good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. Trial of this case is CONTINUED from the term of court commencing March 3, 2008, and RESET for the term of court commencing June 23, 2008, in Opelika, Alabama. Pretrial hearing is rescheduled for May 30, 2008, at a time and place to be set by later order.

2. Deadlines for discovery, disclosure of witnesses and exhibits, and specification of deposition excerpts will remain as January 7, 2008, in accordance with the order of the court entered on November 26, 2007 (Doc. #57), granting the changes requested in the Parties' Amended Report (Doc. #56), unless new deadlines are requested by the parties **no later than December 11, 2007**.

DONE this 4th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE