IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNN HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 3:06cv700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The trial of this case having now been moved to June 23, 2008, it is hereby

ORDERED that Plaintiff's Motion to Strike Exhibit List (Doc. #47) and Motion to Strike Witness List (Doc. #48) are DENIED, without prejudice to re-filing at a later date, if appropriate.

DONE this 4th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE