IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDE DISTRICT OF ALABAMA
EASTERN DIVISION (OPELIKA)

| | | |
|---|---|---|
| ELIZABETH LYNNE HUTCHINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | | 3:06-cv-00700-WHA |
| THE PHENIX CITY BOARD OF | ) | |
| EDUCATION and LARRY E. DiCHIARA | ) | |
| | ) | |
| Defendants | ) | |

SECOND REVISED DEFENDANTS' WITNESS LIST

     Come now the Defendants, Phenix City Board of Education and Larry E. DiChiara and submit the following SECOND REVISED DEFENDANTS' LIST in compliance with Rule 26(a)(3)(A) and (B) of the Federal Rules of Civil Procedure.

     A. The following are additional witnesses that are to be added to the Revised Defendants' Witness List as witnesses expected to be called at the trial of this cause.

     1. Dorothea McKissic, 134 Highway 165 Lot #2, Phenix City, AL, work phone – 334-298-0884.

     2. Laura Sewell, P.O. Box 3313, Phenix City, AL 36868; work phone – 334-298-8744.

     Both of these ladies may also be reached through the undersigned counsel.

     This the 19th day of December, 2007.

     Respectfully Submitted,
/s/Sydney S. Smith
Smith & Smith, P.C.
Attorneys for Defendants
Phenix City Board of Education
Larry E. DiChiara
1503 Broad Street
Phenix City, AL  36867
334-298-2679
ASB-4248-T82S

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the Second Revised Defendants' Witness List by CM/ECF on this 19th day of December, 2007, and it will be served upon Plaintiff's counsel.

Joshua D. Wilson, Esq.
Rocco Calamusa, Jr., Esq.
Wiggins, Childs, Quinn & Pantazis, LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
jwilson@wcqp.com
rcalamusa@wcqp.com

/s/ Sydney S. Smith