IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv700-WHA |
| | ) |
| PHENIX CITY BOARD OF EDUCATION, et al., | ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

The court having been advised by counsel on this day that this case has been settled, it is hereby ORDERED as follows:

1. This case is removed from the trial docket for the term commencing June 23, 2008, in Opelika, Alabama.

2. The parties are DIRECTED to file their stipulation for dismissal **on or before June 20, 2008**.

DONE this 4th day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE