IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH LYNNE HUTCHINSON )<br>    Plaintiff, )<br> )<br>v.   )<br> )<br>PHENIX CITY BOARD OF )<br>EDUCATION and LARRY E. DICHIARA, )<br>    Defendants. ) | CIVIL ACTION NO. 3:06cv700-WHA |

JOINT STIPULATION FOR DISMISSAL FOR ELIZABETH LYNNE HUTCHINSON AND THE PHENIX CITY BOARD OF EDUCATION AND LARRY E. DICHIARA

It is hereby stipulated by and between the Plaintiff, Elizabeth Lynne Hutchinson, and Defendants, Phenix City Board of Education and Larry E. DiChiara, that the above styled cause shall be dismissed with prejudice as between the Plaintiff and the Defendants, each party to bear its own costs.

This 18th day of June, 2008.

Smith & Smith, P.C.
BY: /s/ Sydney S. Smith
    Attorney for Defendants
    Phenix City Board of Education and
    Larry E. DiChiara
    1503 Broad Street
    Phenix City, AL 36867
    (334) 298-2679
    ASB-4248-582S

Wiggins, Childs, Quinn and Pantazis, LLC
 BY: /s/ Joshua D. Wilson
     /s/ Rocco Calamusa
    Attorneys for Plaintiff Elizabeth Lynne Hutchinson
    The Kress Building
    301 19th Street North
    Birmingham, AL 35203
    (205) 314-0500
    ASB-

CV/.C-06-042 StipDismissal

1